McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700
Fax:  (916) 554-2900
KATHERINE R. LOO
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94102
Telephone:  (916) 977-8943
Fax: (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN L. HAMON,<br><br>        Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>        Defendant. | CASE NO. **2:05-CV-01768-DAD**<br><br>STIPULATION AND ORDER REMANDING THE CASE TO THE COMMISSIONER OF SOCIAL SECURITY AND DIRECTING THE CLERK TO ENTER JUDGMENT |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.  In this regard, the Appeals Council does not agree that the issue of work after onset can be disposed of by averaging earnings.  Further development is warranted for consideration of an unsuccessful work attempt. The employer should be contacted for a monthly breakdown of the

Stip & Order of Remand (Sentence 4) - 05-01768

1  claimant's earnings after onset and further evaluation be
2  conducted pursuant to § 404.1574(c). In addition, the Appeals
3  Council notes that the claimant's date last insured is now June
4  30, 2005.
5     It is further stipulated that the decision below is
6  hereby vacated and that the Clerk of this Court shall be directed
7  to enter a separate judgment herein, as provided for under Rules
8  58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to
9  Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625 (1993).
10    The parties further stipulate that Plaintiff's counsel
11 shall return a facsimile of this stipulation bearing her
12 signature for retention by Defendant's counsel, and that
13 Defendant shall e-file this stipulation pursuant to applicable
14 local rules.

DATED: May 24, 2006      /s/ Ann M. Cerney
                         ANN M. CERNEY
                         Attorney at Law

                         Attorney for Plaintiff

DATED: May 25, 2006      McGREGOR W. SCOTT
                         United States Attorney
                         BOBBIE J. MONTOYA
                         Assistant U. S. Attorney

                     By: /s/ Bobbie J. Montoya for
                         KATHERINE R. LOO
                         Special Assistant U. S. Attorney

                         Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
Chief Counsel, Region IX
U.S. Social Security Administration

Stip & Order of Remand (Sentence 4) - 05-01768

1          ORDER

2     This matter is remanded pursuant to the stipulation of
3 the parties.  The case is dismissed and the Clerk is directed to
4 enter Judgment.
5     IT IS SO ORDERED.
6 DATED: June 1, 2006.

```
                              _____
                              DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE
```

11 Ddad1/orders.socsec/hamon1768.stipord.remand

28 Stip & Order of Remand (Sentence 4) - 05-01768