McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700
Fax:  (916) 554-2900
KATHERINE R. LOO
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone:  (916) 977-8943
Fax:  (415) 744-0134
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN L. HAMON,<br><br>        Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of<br> Social Security,<br><br>        Defendant. | CASE NO. **2:05-CV-01768-DAD**<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

It is stipulated by the parties through their undersigned counsel, with the Court's approval, that counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of FOUR THOUSAND THREE HUNDRED EIGHTY FOUR AND 96/100 DOLLARS ($4,384.96), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA in this action.

HAMON v. Barnhart
EAJA Stip & Order
2:05-cv-01768-DAD                **1**

Payment of the amount specified above shall constitute a complete release from and bar to any and all claims of Plaintiff's counsel relating to EAJA fees in connection with this action, without prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

DATED: August 23, 2006          /s/ Ann M. Cerney (as authorized on
                                         August 23, 2006)
                                ANN M. CERNEY
                                Attorney at Law

                                Attorney for Plaintiff

DATED: August 23, 2006          McGREGOR W. SCOTT
                                United States Attorney
                                BOBBIE J. MONTOYA
                                Assistant U. S. Attorney

                            By: /s/ Bobbie J. Montoya for
                                KATHERINE R. LOO
                                Special Assistant U. S. Attorney

                                Attorneys for Defendant

OF COUNSEL
LUCILLE GONZALES MEIS
Chief Counsel, Region IX
U.S. Social Security Administration

1 ORDER

2       Counsel for Plaintiff is hereby awarded attorney's fees
3 pursuant to the Equal Access to Justice Act in the amount of
4 $4,384.96, pursuant to the stipulation of the parties.
5       APPROVED AND SO ORDERED.
6 DATED: August 29, 2006.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

12 Ddad1/orders.socsec/hamon1768.stipord.attysfees

HAMON v. Barnhart
EAJA Stip & Order
2:05-cv-01768-DAD                        **3**