IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAWN L. HAMON,

      Plaintiff,                       No. CIV S-05-1768 DAD

     v.

MICHAEL J. ASTRUE,            <u>ORDER</u>
Commissioner of Social Security,

      Defendant.
_____/

      Plaintiff Dawn Hamon has inquired whether a decision has been reached on her request for "independent counsel" in the matter of the motion for attorney fees filed by plaintiff's attorney of record. Plaintiff is informed that the court gave careful consideration to her request and to her objections to counsel's motion for attorney fees but granted counsel's motion in full.

      IT IS ORDERED that the Clerk of the Court shall serve copies of the orders filed in this case on March 25, 2009 and May 18, 2009 (Doc. Nos. 31 & 33) upon plaintiff Dawn Hamon at the address shown in her letter filed August 13, 2009 (Doc. No. 34).

DATED: October 5, 2009.

                                            _____
                                            DALE A. DROZD
DAD:kw                                        UNITED STATES MAGISTRATE JUDGE
Ddad1/orders.socsec/hamon1768.reqcounsel.status